IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAY MCCLAIN JR.,

    Petitioner,

vs.                                                                                          No. CV 20-01173 KG/KRS

UNITED STATES OF AMERICA,

    Respondent.

### ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

**THIS MATTER** having come before the Court on the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. 2) filed by Petitioner, Jay McClain Jr., and the Court being fully advised,

**IT IS ORDERED** that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. 2) filed by Petitioner, Jay McClain Jr. is **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
UNITED STATES MAGISTRATE JUDGE